# EXHIBIT B

Delaware.gov                                                          Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

| Entity Details |

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | **6264291** | Incorporation Date / Formation Date: | **12/29/2016** (mm/dd/yyyy) |

| Entity Name: | **RACE WINNING BRANDS, INC.** |

| Entity Kind: | **Corporation** | Entity Type: | **General** |

| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| Name: | **CORPORATION SERVICE COMPANY** |
| Address: | **251 LITTLE FALLS DRIVE** |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **302-636-5401** |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status,Tax & History Information

Submit

View Search Results                                          New Entity Search

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov



An official State of Ohio government website. Here's how you know

# Frank LaRose
### Ohio Secretary of State

## SEARCH BY BUSINESS NAME

Name Search Help

View Report

SHOW DETAILS

Previous  1  Next  Last

Export Results CSV   Export Results PDF

# BUSINESS DETAILS & FILINGS

**Close**

## Business Details

| | |
|---|---|
| Entity #: | 4038352 |
| Filing Type: | FOREIGN CORPORATION |
| Original Filing Date: | 06/12/2017 |
| Location: | DELAWARE |

| | |
|---|---|
| Business Name: | RACE WINNING BRANDS, INC. |
| Status: | Active |
| Exp. Date: | - |

## AGENT/REGISTRANT INFORMATION

JOSH VOGEL
7201 INDUSTRIAL PARK BLVD
MENTOR OH 44060
06/12/2017
Active

**Business ID Theft Protect Yourself**

Sign up to receive e-mail notifications of any changes or updates made to this business entity.

## FILINGS

| Filing Type | Date of Filing | Document ID | Download Image to PDF |
|---|---|---|---|
| FOREIGN LICENSE/FOR-PROFIT | 06/12/2017 | 201716301900 | Download Image |
| TRADE NAME/ORIGINAL FILING | 05/24/2021 | 202114402478 | Download Image |
| MERGER/FOREIGN | 11/17/2021 | 202132100926 | Download Image |

https://businesssearch.ohiosos.gov?=businessDetails/40

**Print Details**   **Copy URL**