# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RACE WINNING BRANDS, INC.,            )
                                      )
            Plaintiff,                )          C.A. No.:
                                      )
      v.                              )
                                      )
SEAN CRAWFORD and EVAN PERKINS,       )
                                      )
            Defendants.               )
                                      )

## DECLARATION OF SEAN CRAWFORD

I, Sean Crawford, hereby declare as follows:

1.    I have been named as a defendant in the above-captioned action. I am familiar with the matters set forth in this declaration from my personal knowledge and, if called upon as a witness, I could and would competently testify to the statements made herein. I submit this declaration in support of Defendants' removal of this action from the Delaware Court of Chancery to the United States District Court for the District of Delaware.

2.    The Complaint alleges that I am a citizen of Ohio. Although I formerly lived in Ohio, I no longer do. I left Ohio over two years ago, well before this lawsuit was filed.

3.    On May 25, 2020, I moved from Ohio to Kentucky.

4.    Attached as **Exhibit 1** is a true and correct (redacted) copy of the lease agreement I entered into upon moving to Kentucky.

5.    Attached as **Exhibit 2** is a true and correct (redacted) copy of the closing statement for the sale of my home in Ohio.

6.      Attached as **Exhibit 3** is a true and correct (redacted) copy of the purchase agreement for the purchase of my home in Bowling Green, Kentucky, which closed in July 2020. I have lived in this home since July 2020 and intend to remain in Kentucky.

7.      I understand that the Complaint seeks the disgorgement of the salary and other benefits I have earned from my current employer.  Since I left Plaintiff Race Winning Bramds, I have earned in excess of $75,000 from my current employer.

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:      September 7 , 2022, in  BOWLING GREEN, KY

_____
Sean Crawford

# EXHIBIT 1

# LEASE

**PROPERTY ADDRESS:** ██  ███████        _____    Bowling Green    KY    42103

**DATE OF LEASE:**        05/11/2020

**TERM OF LEASE:**    Beginning    05/25/2020  Ending    07/25/2020

**MONTLY PAYMENT:**    ████

**SECURITY DEPOSIT:**    Amount ____████    Bank Held _____

**Tenant(s):**  Name: _____Sean Crawford_____    SS: ████████
Phone: _____████_____    Email: ___████████___

Name: _____    SS: _____
Phone: _____    Email: _____

Name: _____    SS: _____
Phone: _____    Email: _____

Name: _____    SS: _____
Phone: _____    Email: _____

**Lessor(s):**  Name: _____William Dost_____    Phone: ____████____
Address: _____████████____ Edmond, OK 73012

The signed tenants are the only individuals to occupy the Leased Premises: All other to be approved by the Agent of the Lessor.  In the event this covenant is broken by the tenants this will be considered a violation of the Lease and the Lease is subject to termination pending a decision by the Agent.

Utilities / Services to be purchased by Lessor: Electricity __x__  Water __x__  Sewer __x__
Gas __x__  Trash Pickup __x__  Recycling _____  Security _____

In consideration of the mutual agreements and covenants set forth below, the payment of monthly rents of ████ and a deposit of __████__ to secure the premises from damage, the Lessor hereby leases to Tenant the premises located at __████_____ starting on the ___25th___ day of __May__, __2020__ and ending on the ___25th__ day of __July__, __2020__. The leased premises shall be used as a dwelling, and not otherwise, and shall not be sublet, assigned, or transferred in any manner without the written consent of Lessor.

## TENANT AGREES TO THE FOLLOWING:
1.    Arrangements will be made for rent payment at address above.
2.    Observe each regulation which is part of this lease.
3.    Leave the house or apartment in good condition when you move out.
4.    All requests for maintenance must be in writing.
5.    Changes to the property must be agreed upon in writing from the Lessor.
6.    At anytime the tenant is in breach of agreement then tenant must vacate premises within seven (7) days of written notice.
7.    No Smoking inside the Home.
8.    No illegal or banned substances to be brought on premises.
9.    There shall be no parking on the grass.



USE OF LEASED PREMISES:

    1. There will be __▆__ adult(s) living at the premises.
    2. There will be __▆__ children living at the premises.

The Lessor and Tenant agree, as follows:

1)    Tenant shall pay to ___**William Dost**___ the monthly rent specified above on or before the first day of each month in advance. The time of each and every payment is of the essence of the lease. To cover the Lessor's added cost of the late payment the monthly rent shall be increased $50 if rent payment is after the 5th of the month and $100 if rent payment is after the 10th of the month.

2)    Tenant is required to supply their own insurance for loss or damage of personal property and comprehensive insurance for the residents and their guest.

3)    The use of gasoline stoves or other similar fuel burning appliances using highly flammable liquids and the use of portable kerosene, butane, or propane stoves or other similar portable fuel burning appliances for cooking is prohibited by law and by this agreement.

4)    In addition to all other duties of maintenance, the Tenant shall:
    (a)    Comply will all obligations imposed on the Tenant by building and housing codes materially affecting health and safety.
    (b)    Keep that part of the premises that is occupied by the Tenant clean and safe as possible.
    (c)    Dispose from the unit all ashes, garbage, rubbish, and other waste in a clean and safe manner.
    (d)    Keep all plumbing fixtures in the unit as clean as possible.
    (e)    Use in a reasonable manner all electrical, plumbing, sanitary, heating, ventilation, air-conditioning and other facilitates and appliances.
    (f)    Not deliberately or negligently destroy, deface, damage, impair, or remove any part of the premises or knowing permit any person to do so;
    (g)    Conduct oneself and require other persons on the premises with ones consent to conduct themselves in a manner that will not disturb the neighbor's peaceful enjoyment of the premises;
    (h)    To abide by any rules and regulations adopted by the Lessor to promote the convenience, safety or welfare of tenants in the premises, to preserve the property or fairly distribute the facilities.

5)    To secure the property of Lessor from damage, Tenant has placed with Lessor a security deposit. This deposit will be utilized as a fund for repairing damage to the leased premises. It is not an advance of rent, and may not be deducted from the rental payment at any time.

6)    Tenant shall make no alterations or additions nor install nor maintain on the premises major appliances or devices of any kind without in each case obtaining written consent of Lessor. If made, or installed, with or without consent, all alterations, additions and fixtures become a part of the real property and shall remain at expiration of the lease term.

7)    **Lessor does not insure Tenant's person and all personal property in the leased premises or elsewhere shall be at the risk of the Tenant only.** Tenant agrees to purchase Renters Insurance and include _____**William Dost**_____ as additional Insured. Tenant will supply Lessor proof of insurance within 30 days of possession. The Tenant states that the leased premises have been examined to the extent necessary to ascertain its condition. The premises are leased in the condition found and Lessor shall not be liable to Tenant or anyone on the premises with consent or the invitation of the Tenant, for property damage or personal injuries caused by or arising out of the condition of the leased premises, it is being understood that the Tenant, and all others, take the premises as they find them. In the event such damage or injury arises out of Tenant's failure to maintain or repair, the Tenant shall indemnify the Lessors agent and employees, from any such claims and hold them harmless.



Furthermore, Tenant takes full responsibility for any guest on the property. In addition the Tenant is responsible for any negligent damages. The Tenant agrees to provide evidence of insurance that would cover potential damages by themselves or their guest. The minimum requirement is liability coverage that pays up to $100,000 per occurrence

8)   Lessor shall not be responsible to Tenant or any others for a loss or reduction of services by acts not Willful, or conditions beyond Lessor's control nor shall any loss or reduction of services terminate this Lease or reduce the amount of rental due hereunder, except as provided by law.

9)   The Lessor and Agent shall have access to the lease premises at all reasonable times in order to inspect same, make necessary or agreed repairs decorations, alterations, or improvements, supply necessary or agreed services, or exhibit the leased premises to prospective or actual purchasers, mortgages, tenants, workmen, or contractors.  Except in case of emergency or unless impractical to do so, the Lessor shall give Tenant at least 48 hours notice of intent to enter.

10)  In the event Tenant will be absent from the leased premises for more than seven (7) days, Tenant agrees to notify the Lessor.  During such absence Lessor may enter the property to inspect or protect the property, or for any other reason deemed necessary or desirable.

11)  In the event of Tenant's death before expiration of this lease, Lessor shall have the right to declare this lease terminated.  Lessor shall have the right to remove the personal property or belongings of the Tenant from the leased premises and store same at a commercial firm at Tenant's expense, or on suitable portions of the leased premises.  Lessor shall take reasonable precautions to safeguard said property or belongings, but shall be obliged to store same under this item and shall not be responsible for loss or damage from causes beyond control.

12)  If the Tenant should be declared bankrupt during this term of the lease, the Lessor, has the option to terminate this lease.  If so terminated the Tenant agrees to promptly vacate the premises removing all personal property and belongings and upon failure to do so, the Lessor may take all steps necessary, including storage of Tenant's property as set forth in paragraph 13, and shall not be responsible to Tenant for loss or damage due to causes beyond Lessor's control.

13)  If the whole or any part of the building containing the leased premises is taken by any authority for any public use or purpose the term of this lease, at Lessor's option, shall terminate upon, and not before, the date when possession of the part so taken shall be required for said use or purpose.  Rent shall be apportioned to the date of termination.  Lessor shall be entitled to the entire compensation for the part of the premises taken without apportionment to the Tenant.

14)  Upon expiration or termination of this lease, Tenant shall yield up immediate possession, remove all property and belongings, clean all fixtures, walls, window sills, doors, floors, and appliances, have all carpets cleaned by a professional carpet cleaning company at Tenants expense and provide a receipt of cleaning to the Lessor, and deliver all keys to Lessor at the address where rent is payable.  Upon Tenants failure to vacate the Lessor may take all steps necessary to remove Tenant and Tenant's belongings as provided by law and Tenant shall acquire no additional rights, nor extension of the lease term by reason of such holding over.  In addition to all remedies provided by law, Tenant shall pay a pro-rata sum as rent and other actual damages suffered by Lessor.  If the Tenant does not meet these requirements the Lessor may keep the Tenants deposit and collect any additional payments as allowed by law.

15)  Ten days absence, by Tenant with rent unpaid, or the removal of substantial portion of Tenant's property without explanation or notice to Lessor, shall be deemed an abandonment of the leased premises by Tenant.  In such event, Lessor may reenter the leased premises immediately, take all action necessary to

remove remaining property and belongings of Tenant, and relet or sublet as Tenant's agent, without notice and without responsibility for damages resulting therefrom.

16)  The application to rent the premises herein leased is hereby made a part of this lease. Tenant warrants the information contained therein and if false, the Lessor, may, have the option to terminate the lease.

17)  The following are an addendum to the proceeding to be established as a part of the lease by and between the Lessor and Tenant:

```
1.) Tenant has the option to extend the lease on a weekly basis at a rate of ████ per week.
This amount to be paid on the first day of each weekly extension.
2.) Lessor to allow one cat on the premise during the term of lease.
3.) Tenant responsible for TV/Internet services during occupancy.
```

18)  This lease contains the entire agreement between these parties. No oral agreements or representations have been made by the Lessor or shall be binding upon the parties unless set forth in writing in this lease. All notices called for in this lease are to be in writing.

**IN WITNESS WHEREOF,** we have affixed our signatures this __11th__ day of __May__ 20 _20_ .

Lessor:                                          Tenant(s):

*William Dost*          05/11/2020    3:14 PM

William Dost CDT

_____          05/11/2020    8:05 PM

Sean Crawford CDT

_____

_____

_____

©Copyright 2015 Coldwell Banker Legacy Real Estate Group




# EXHIBIT 2

## Closing Information

| | |
|---|---|
| Date Issued | 06/23/2020 |
| Closing Date | 06/26/2020 |
| Disbursement Date | 06/26/2020 |
| Settlement Agent | Enterprise Title Agency, Inc. |
| File # | 94786 |
| Property |  |
| | Concord Township, OH 44077 |

Sale Price

## Transaction Information

| | |
|---|---|
| Borrower | Thomas P. Suhadolnik and Judith A. Mansour |
| | Concord, OH 44077 |
| Seller | Sean C. Crawford |
| | Concord Township, OH 44077 |
| Lender | Howard Hanna Mortgage Services |

## Summaries of Transactions

### SELLER'S TRANSACTION

**M. Due to Seller at Closing**

01 Sale Price of Property
02 Sale Price of Any Personal Property Included in Sale
03
04
05
06
07
08

**Adjustments for Items Paid by Seller in Advance**

09 City/Town Taxes
10 County Taxes
11 Assessments
12 Association Maint Fee 06/26/2020 to 06/30/2020
13
14
15
16

**N. Due from Seller at Closing**

01 Excess Deposit
02 Closing Costs Paid at Closing (J)
03 Existing Loan(s) Assumed or Taken Subject to
04 Payoff of First Mortgage Loan to Fifth Third
05 Payoff of Second Mortgage Loan
06
07
08 Seller Credit
09
10 Title Policy Adjustment
11
12
13 HOLD: Final Water/Sewer

**Adjustments for Items Unpaid by Seller**

14 City/Town Taxes to 06/26/2020
15 County Taxes 01/01/2020 to 06/26/2020
16 Assessments
17 PayLast Half 2019 County Taxes
18
19

### Calculation

| | |
|---|---|
| Total Due to Seller at Closing (M) | |
| Total Due from Seller at Closing (N) | |
| Cash to Close ☐ From ☒ To Seller | |

## Contact Information

### Real Estate Broker (B)

| | |
|---|---|
| Name | Howard Hanna Mentor |
| Address | 8396 Mentor Avenue Mentor, OH 44060 |
| ST License ID | |
| Contact | Black Diamond Group |
| Contact ST License ID | |
| Email | |
| Phone | |

### Real Estate Broker (S)

| | |
|---|---|
| Name | Keller Williams Greater Cleveland Northeast |
| Address | 7400 Center Street Mentor, OH 44060 |
| ST License ID | |
| Contact | Linda DiPietro |
| Contact ST License ID | |
| Email | |
| Phone | |

### Settlement Agency

| | |
|---|---|
| Name | Enterprise Title Agency, Inc. |
| Address | 8 N. State St. 200 Painesville, OH 44077 |
| ST License ID | |
| Contact | Christie Purpura |
| Contact ST License ID | |
| Email | |
| Phone | |



**Questions?** If you have questions about the loan terms or costs on this form, use the contact information below. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at **www.consumerfinance.gov/mortgage-closing**

| LOAN COSTS | | | | Seller Paid | |
|---|---|---|---|---|---|
| | | | | At Closing | Before Closing |
| **A. Origination Charges** | | | | | |
| 01 | of Loan Amount (Points) | | | | |
| 02 | | | | | |
| 03 | | | | | |
| 04 | | | | | |
| 05 | | | | | |
| 06 | | | | | |
| 07 | | | | | |
| 08 | | | | | |
| **B. Services Borrower Did Not Shop For** | | | | | |
| 01 | | | | | |
| 02 | | | | | |
| 03 | | | | | |
| 04 | | | | | |
| 05 | | | | | |
| 06 | | | | | |
| 07 | | | | | |
| 08 | | | | | |
| **C. Services Borrower Did Shop For** | | | | | |
| 01 Title - Overnight/Handling Fee to Enterprise Title Agency, Inc. | | | | | |
| 02 Title - Settlement Fee to Enterprise Title Agency, Inc. | | | | | |
| 03 | | | | | |
| 04 | | | | | |
| 05 | | | | | |
| 06 | | | | | |
| 07 | | | | | |
| 08 | | | | | |
| 09 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |

**E. Taxes and Other Government Fees**

01 Recording Fees Deed:          Mortgage:

02 Transfer Tax (County Deed Taxes) to Lake County Auditor

03

04

**F. Prepaids**

01 Homeowner's Insurance Premium to Progressive Home Advantage

02 Mortgage Insurance Premium

03 Prepaid Interest

04 Property Taxes

05

**G. Initial Escrow Payment at Closing**

01 Homeowner's insurance

02 Mortgage insurance

03 Property taxes

04

05

06

07

08

**H. Other**

01 Home Warranty to America's Preferred Home Warranty, Inc

02 HOA transfer fee to Lake Management

03 HOA status ltr/ Homewise Docs to Enterprise Title Agency, Inc.

04 HOA June/balance to Eagles Club at Quail Hollow c/o Lake Management

05 Deed Preparation to Robert S. Rosplock, Esq.

06 Broker Commission to Keller Williams Greater Cleveland Northeast

07 Listing Agent Commission to Keller Williams Greater Cleveland Northeast

08 Selling Agent Commission to Howard Hanna Mentor

09 Title - Owner's Policy Credit to First USA Premier Title Agency, LP

10 Title - Owner's Title Policy (Optional) to First USA Premier Title Agency, LP

11 Title - Title Examination to First USA Premier Title Agency, LP

12

13

**J. TOTAL CLOSING COSTS**

Confirm Receipt

6/22/20

Sean C. Crawford

Date

# EXHIBIT 3

# AGENCY CONSENT AGREEMENT -- SELLER

The real estate agent who is providing you with this form is required to do so by Kentucky law. The purpose of this form is to confirm that you have been advised of the role of the agent(s) in the transaction proposed below. **(For purposes of this form, the term "seller" includes a landlord.)**

Seller(s): _____ **William Klapheke** _____ **Meredith Klapheke** _____

Property Address: ▮ _____ **Bowling Green**  **KY**  **42103**

## I. TRANSACTION INVOLVING TWO AGENTS IN TWO DIFFERENT BROKERAGES

The Seller is represented by _____ **Justin Perry** _____ of
<i>AGENT</i>

_____ **Coldwell Banker Legacy Group** _____ **John F. Huggins** _____
<i>NAME OF BROKERAGE AND PRINCIPAL BROKER'S NAME</i>

## II. TRANSACTION INVOLVING TWO AGENTS IN THE SAME BROKERAGE

### (Mark the appropriate box)

If two agents in the same real estate brokerage represent both the Buyer and the Seller, check the following relationship that will apply:

**Designated Agency**:

☐  Agent(s) _____ of _____
represents the Seller and another Agent(s) in the same firm represents the Buyer. The principal broker and managers will be "dual agents," which is explained in the Commission's Guide to Agency Relationships. As dual agents, they will remain loyal to both parties in the transaction, and they will protect all parties' confidential information;

OR

**Dual Agency**:

☐  Every agent in the brokerage represents every "client" of the brokerage. Therefore, Agent(s)
_____ and _____ will
be working for both the Buyer and Seller as "dual agents". Dual agency is explained in the Commission's Guide to Agency Relationships. As a dual agent, they will remain loyal to both parties in the transaction, and they will protect all parties' confidential information**.** To the best of the Agent's knowledge, neither the agent(s) nor the principal broker acting as a dual agent in this transaction has a **PERSONAL, FAMILY,** or **BUSINESS** relationship with the Buyer or Seller. *If such a relationship does exist, please explain:* _____
_____
_____

## III. TRANSACTION INVOLVING ONLY ONE REAL ESTATE AGENT

### (Mark the appropriate box.)

Agent _____ and the brokerage _____ will:

☐  be a "dual agent" representing both parties in this transaction. Dual agency is explained in the Commission's Guide to Agency Relationships. As a dual agent they will remain loyal to both parties, and they will protect all parties' confidential information. To the best of the agent's knowledge, neither the agent(s) nor the brokerage acting as a dual agent in this transaction has a **PERSONAL, FAMILY,** or **BUSINESS** relationship with either the Buyer or Seller. *If such a relationship does exist, please explain:* _____
_____
_____

OR

☐  represent only the (check one) ☐ Seller or ☐ Buyer ☐ neither in this transaction as a client. The other party(ies) is not represented and agrees to represent his/her own best interest. Any information provided the agent may be disclosed to the agent's client.

## IV. TRANSACTION INVOLVING NON-CLIENT PARTIES

### (Mark the appropriate box.)

☐ Transactional Brokerage: The Principal Broker of the Company assigns (Identify all Licensees acting as a Transactional Agent): _____

to provide real estate brokerage services to either, or both, Party(ies) to the transaction, owe the Party(ies) only the duties of good faith and fair dealing, and to not relay confidential information between the Parties, unless so directed by the sending Party. For the purposes of this Agreement, a party to a Transactional Brokerage is not a Client or Prospective Client.

☐ Unrepresented Party: The Principal Broker of the Company, and all affiliated licensees, do not act as an agent for a Party.

The ☐ Buyer; ☐ Seller; ☐ Lessor; ☐ Lessee is an Unrepresented Party. A licensee owes an Unrepresented Party the duties of good faith and fair dealing. For the purposes of this Agreement, an Unrepresented Party is not a Client or Prospective Client.

## DISCLAIMER

**Responsibilities of the Parties**: The duties of the agent and brokerage in a real estate transaction do not relieve the Seller and Buyer from the responsibility to protect their own interests. The Seller and Buyer are advised to carefully read all agreements to assure that they adequately express their understanding of the transaction. The agent and brokerage are qualified to advise on real estate matters. IF LEGAL OR TAX ADVICE IS DESIRED, YOU SHOULD CONSULT THE APPROPRIATE PROFESSIONAL.

## PARTY CONSENT

I (we) consent to the above relationships as we enter into this real estate transaction. If there is a dual agency or designated agency in this transaction, I (we) acknowledge reading the information contained in the Commission's Guide to Agency Relationships.

| | | | |
|---|---|---|---|
| *William Klapheke* | William Klapheke | 06/18/2020 | 8:07 AM |
| SELLER/LANDLORD'S Signature | Printed Name | DATE/TIME | |
| *Meredith Klapheke* | Meredith Klapheke | 06/18/2020 | 7:38 AM |
| SELLER/LANDLORD'S Signature | Printed Name | DATE/TIME | |
| | | | |
| SELLER/LANDLORD'S Signature | Printed Name | DATE/TIME | |

InstanetFORMS

# REAL ESTATE PURCHASE CONTRACT

Date: **06/16/2020**

**Justin Perry**                                    **Coldwell Banker Legacy Group**
Listing Agent / Listing Company

License # / Phone Number / e-mail Address

**Jane Parrott**                                    **RE/MAX Real Estate Executives**
Selling Agent / Selling Company

License # / Phone Number / e-mail Address

Purchaser(s) agrees to purchase the following property in ____**Warren**____ (County) and near ____**Bowling Green**____ (City),
Kentucky, with all improvements thereon, appurtenances there unto belonging and known as _____

_____ (Address and/or description of property), MLS# _____ , and pay the purchase price of ($_____ )

_____ Dollars.

**1. PURCHASE PRICE:** The purchase price is payable as follows:

$_____ Earnest Deposit
$_____ Additional Cash on Closing
$_____ Cash by Obtaining Mortgage (See Paragraph #2 Below)
$_____ Other
$_____ TOTAL PURCHASE PRICE ☐ **SEE COUNTER OFFER $** _____
(if applicable)

**2. MORTGAGE:** Within ____**Pre**____ Days of Acceptance of the Contract, Purchaser(s) agrees to apply for and use their best effort to obtain approval for a mortgage loan on the property in the amount of $ _____ not to exceed an interest rate of _____% for a term of ____**Years**____ with monthly payments not to exceed $ _____ , principal and interest only.
Purchaser(s) shall pay all loan costs except as set forth in Paragraph 3 below or elsewhere in this contract.
Purchaser(s) shall have _____ days (30 Days if none stated) {Financing Contingency Period} from acceptance to determine if Purchaser(s) has ability to obtain a mortgage Loan. If Purchaser(s) does not have the ability to obtain the Loan described below, Purchaser(s) shall cause a letter from the lender denying the Loan to be delivered to the Seller(s) or Seller(s) representative prior to the end of the Financing Period. Except as provided below, this Real Estate Purchase Contract shall terminate without penalty to Purchaser(s) if the above described letter is delivered to Seller(s) within the Financing Contingency Period. Upon termination, Purchaser(s) and Seller(s) agree to sign the Mutual Release of Contract Claims and Purchaser(s) shall retain their earnest money deposit. After the Financing Contingency Period, in the event the Purchaser(s) is unable to obtain a Loan based upon the terms above or is unable to obtain other financing, Purchaser(s) and Seller(s) agree to sign the Mutual Release of Contract Claims and Purchaser(s) agrees to forfeit the earnest money deposit to the Seller(s) without delay. In the event the Purchaser(s) has not signed a Mutual Release of Contract Claims agreement within 5 Business days of the expiration of the Real Estate Purchase Contract, the Real Estate Purchase Contract shall be deemed terminated by performance. The broker may then initiate the Release Process pursuant to Section 24 of this contract. Purchaser(s) additionally agrees to Indemnify, Hold Harmless from Liability, and related Listing Company and any agent thereof and Selling Company and any agent thereof from any past or future obligations concerning the above stated purchase contract.

**3. GOVERNMENT FINANCING ONLY**: Purchaser(s) intends to apply for a government loan (please check) ☐FHA ☐ KHC ☐ VA ☐ USDA The parties acknowledge that there may be certain closing costs which FHA and VA will not allow Purchaser(s) to pay in conjunction with any government loan. Additional Addendum to be provided by Lender.

**4. Appraisal (Select either 1 or 2 below), the sections not checked are not a part of this Agreement:**

☐ 1. This Agreement **IS NOT** contingent upon the appraised value either equaling or exceeding the agreed upon Purchase Price.

☒ 2. This Agreement **IS CONTINGENT** upon the appraised value either equaling or exceeding the agreed upon Purchase Price. If this is a cash transaction; all parties shall mutually agree on a KY licensed appraiser. If appraised value is equal to or exceeds Purchase Price, this contingency is satisfied. If the appraised value of the Property does not equal or exceed the Purchase Price, Purchaser(s) may terminate this Agreement by providing written notice to the Seller(s) and providing written proof of the same (for example, this written proof could include, but is not limited to, a copy of appraisal or a signed letter from Lender). Upon termination, Purchaser(s) and Seller(s) agree to sign the Mutual Release of

Initials _____ 06/17/2020  9:38 PM          Initials _M.K._ 06/18/2020  7:39 AM
Purchaser/Date/Time                              Seller/Date/Time

Initials _____                                 Initials _W.K._ 06/18/2020  8:07 AM
Purchaser/Date/Time                              Seller/Date/Time

InstanetFORMS

57 Release of Contract Claims, this contract shall be terminated by performance and the Broker may initiate the Release Process, pursuant to Section
58 24 of this contract, with the earnest money deposit to be released to Purchaser(s).
59
60 **TIME IS OF THE ESSENCE IN THIS CONTRACT. FAILURE TO PERFORM BY THE TIME SPECIFIED COULD BE A MATERIAL BREACH OF**
61 **THIS PURCHASE CONTRACT.**
62
63 **5. CLOSING:** This transaction will be closed on _____07/22/2020_____ or earlier if the parties mutually agree.
64
65 **6. POSSESSION (CHECK CHOICE):** ☒ Possession of property is to be given with deed simultaneously with closing, **OR** ☐ _____ days
66 before/after closing at_____ ☐ a.m. ☐ p.m. with all keys provided and property ready for occupancy as agreed per this Real
67 Estate Contract. If applicable, this contract shall be subject to a pre-closing or post-closing occupancy agreement.
68
69 **7. WOOD INFESTATION REPORT: Under the direction and expense of the Purchaser(s),** Purchaser(s) may secure a written wood
70 infestation report of the improvements on the premises by a pesticide applicator licensed in Kentucky, within _____ days (20 if none
71 stated) except for new construction which the Seller(s) will provide a termite pre-treatment certification. If the expert reveals damage or
72 infestation by termites or other "wood destroying insects" then the necessary treatment and/or corrective work shall be done under the
73 direction and expense of the Seller(s) so long as said expense does not exceed $_____████_____, and if it does exceed said
74 amount the Seller(s), at its option, may pay the higher amount or rescind and cancel this contract.
75
76 **8. INSPECTIONS AND REPAIR REQUEST:** Purchaser(s) hereby acknowledges that they have been advised by their real estate agent that
77 Purchaser(s) at Purchaser(s) expense, has the right to obtain Licensed Professional Comprehensive Inspection services on the property
78 including but not limited to home inspection, radon inspection, mold inspection, lead based paint inspection, pool and spa inspection, and/or
79 septic inspection. Seller(s) shall cause all utility services and mechanicals to be operational so that Purchaser(s) may complete all inspections
80 and tests under this agreement. Purchaser(s) hereby agrees to indemnify, defend, and hold Seller(s) harmless from and against all liability and
81 cost for damage to the property or injury to persons on the property caused by Purchaser(s), their inspectors, agents and/or representatives in
82 performing said inspections under this paragraph. **PURCHASER(S) WAIVES ANY OBJECTIONS TO MATTERS OF PURELY COSMETIC**
83 **NATURE OR BUILDING CODE DISCLOSED BY INSPECTION UNLESS REQUIRED TO DO SO BY GOVERNMENTAL AUTHORITIES OR**
84 **AS NECESSARY FOR LENDING APPROVAL. ANY DEFECT, DISCLOSED IN WRITING PRIOR TO ANY INSPECTION BY THIRD**
85 **PARTIES, SHALL NOT BE BASIS FOR AN OBJECTION AND TERMINATION BY PURCHASER UNDER THIS PARAGRAPH.**
86
87 Purchaser(s) is subject to either Sections A or B below. **YOU MUST INITIAL EITHER SECTION A OR B AND ONLY THE SECTION**
88 **INITIALED APPLIES AS A CONTINGENCY IN THIS CONTRACT.**
89
90 (A) ☐ Property Sold "AS IS"; _____PURCHASER(S) initials/date/time
91 Purchaser(s) accepts the Property in its present condition. All parties acknowledge that the Property is being sold "AS IS" with any and all
92 faults. Seller(s) will make the property reasonably available for inspection, but Seller(s) will have no obligations to repairs or replacements
93 noted in any Inspection(s) unless otherwise specified in this agreement. Such repairs or replacements are the sole responsibility of the
94 Purchaser(s):
95 **OR**
96 (B) ☒ Property Sold with Inspections _____*SC*_____ 06/17/2020_____9:40 PM_____PURCHASER(S) initials/date/time
97 Purchaser(s) and/or their inspectors shall have the right to enter all structures on the Property, for the purpose of making inspections
98 and/or tests including but not limited to the following items: all appliances, the plumbing systems (including but not limited to spa/whirlpool
99 tub, hot tub, sauna, swimming pools, irrigation system), heating and air conditioning systems, electrical systems (including but not limited
100 to smoke, fire, security system), sewage disposal systems, wells, fireplaces (including but not limited to gas starters and/or logs),
101 environmental issues (including but not limited to asbestos, radon gas and mold), synthetic stucco (EIFS), cracked window panes and/or
102 broken seals, structural defects, interior water intrusion(s), standing water within foundation and/or basement, and the roof and decking for
103 visible leaks.
104 Purchaser(s) shall, within ___20___ days (10 days if none stated) from Acceptance Date, make such inspections described
105 herein AND by written notice to Seller(s), either:
106 (1) Accept the Property in its present condition; **OR**
107 (2) Furnish Seller(s) a copy of ALL Reports and an ITEMIZATION OF ANY MATTERS IN WRITING (REIS Inspections Form
108 preferred) which the Purchaser(s) requests to be repaired, replaced, remedied, remediated, removed and/or treated.
109 Hereinbelow known as repairs.
110
111 Seller(s) shall by written notice, within _____ days (5 days if none stated) from receipt of notice of requirements from
112 Purchaser(s), either:
113 (1) Accept the Purchaser(s) repair proposal and agree to make said repairs; **OR**

Initials _*SC*_ 06/17/2020     9:40 PM          Initials _*MK*_ 06/18/2020     7:39 AM
          Purchaser/Date/Time                              Seller/Date/Time

Initials_____          Initials _*WK*_ 06/18/2020     8:07 AM
          Purchaser/Date/Time                              Seller/Date/Time

115
116 Purchaser(s) shall by written notice, within _____ days (5 days if none stated) of receipt of Seller(s) repair proposal, either:
117 (1) Accept Seller(s) counter repair proposal; **OR**
118 (2) Make a Counter Repair Proposal to Seller(s); **OR**
119 (3) Terminate this agreement and Purchaser(s) and Seller(s) shall sign the Mutual Release of Contract Claims agreement
120 with all Earnest Money to be refunded to the Purchaser(s). In the event the Seller(s) refuse to sign the Mutual Release of
121 Contract Claims agreement, Broker may initiate the Release Process pursuant to Section 24 of this contract.
122
123 ALL REPAIRS IN THIS SECTION ARE TO BE COMPLETED AT LEAST 2 DAYS PRIOR TO CLOSING UNLESS STATED ELSEWHERE IN
124 THIS CONTRACT OR AGREED UPON BY THE PURCHASER(S) AND SELLER(S). ONCE REPAIRS ARE COMPLETED BY SELLER(S),
125 PURCHASER(S) MAY HAVE THE REPAIRS RE-INSPECTED BY THE INSPECTOR(S) WHO SUMBITTED THE ORIGINAL REPORTS TO
126 VERIFY REPAIRS WERE MADE AS AGREED.
127
128 **IN THE EVENT INSPECTIONS AND REPAIR REQUESTS ARE NOT COMPLETED IN THE TIME AGREED UPON ABOVE,**
129 **PURCHASER(S) SHALL AUTOMATICALLY WAIVE ALL INSPECTIONS, RELY SOLELY ON THE PURCHASER(S) EXAMINATIONS OF**
130 **THE PROPERTY, AND RELEASE SELLER(S) AND BROKER(S) FROM ALL LIABLITY FOR ANY DEFECT OR DEFICIENCY WHICH**
131 **COULD HAVE BEEN DISCOVERED BY INSPECTION. THIS WAIVER SHALL SURVIVE THE CLOSING.**
132
133 Purchaser(s) has received a copy and understands the content of the "Disclosure of Information and Acknowledgement Lead Based Paint and/or
134 Lead Based Paint Hazards" containing the Lead Warnings Statement and such disclosure is hereby incorporated by reference for homes constructed
135 before 1978.
136 Purchaser(s) is hereby advised that mold and/or other microscopic organisms may exist in or around property and mold may have the potential
137 to cause health effects. The risks and effects of mold, if any, can only be determined by a qualified Mold Inspector or Environmental Engineer.
138 Purchaser(s) hereby agrees to hold the Real Estate Brokers, Agents and Seller(s) harmless from any liability pertaining to the presence of mold
139 as Purchaser(s) has been afforded the opportunity to hire a Mold Inspector.
140 Should Purchaser(s) desire a radon inspection, Purchaser(s) shall require a test to be completed by a certified Radon Inspection Technician
141 using a 48 Hour Digital Testing device as licensed by Federal, State and Local governments. Additionally Purchaser(s) should review the EPA
142 Guidelines for radon testing and mitigation (also see EPA pamphlet "Home Buyers and Seller(s) Guide to Radon"). It is specifically agreed by
143 the parties that the presence of more than 4.0 (pC1/L) shall require Seller(s) to take reasonable steps to reduce the concentration of radon to
144 3.99 (pC1/L or less). If Seller(s) is unwilling or unable to obtain said reduction, Purchaser(s) may void this contract and be relieved from any
145 further duties hereunder. Purchaser(s) shall be bound to perform under this contract so long as the radon level is 3.99 (pC1/L or less).
146 **REAL ESTATE BROKERS AND AGENTS ARE NOT QUALIFIED TO INSPECT PROPERTY FOR ENVIRONMENTAL, STRUCTURAL, OR**
147 **MECHANICAL PROBLEMS OR MAKE RECOMMENDATIONS OR DETERMINATIONS CONCERNING POSSIBLE TREATMENT OF**
148 **ADVERSE CONDITIONS. PURCHASER(S) SHOULD CONDUCT THEIR OWN DUE DILIGENCE REGARDING THIS MATTER, PRIOR TO**
149 **CLOSING USING APPROPRIATE QUALIFIED EXPERTS, AND TAKE ALL ACTIONS NECESSARY TO ASSURE THEIR OWN HEALTH**
150 **AND SAFETY.**
151
152 **9. FINAL INSPECTION**: Purchaser(s) shall have the right to conduct a final walk thru inspection of the property prior to closing only to confirm that
153 the property is the same or better condition as it was on the Real Estate Purchase Contract acceptance date, normal wear and tear excepted.
154
155 **10. BASE COMMISSION:** In addition to any and all sums which may be due and payable by the Real Estate Purchase Contract, Purchaser(s) shall
156 pay to Selling Company a base commission rate of $_____. This base commission shall be due and payable at closing.
157
158 **11. DEED:** At the closing, upon the Purchase Price being paid as provided in Paragraph 1 hereof, Seller(s) shall deliver to Purchaser(s) a good and
159 sufficient GENERAL WARRANTY DEED, unless specifically stated elsewhere in this contract conveying the real estate to Purchaser(s) with a
160 marketable title, with the usual covenants such as any title company will insure, except easements of record and all restriction as to the use and
161 improvement of the property of record and any restrictions imposed by the Planning and Zoning Commission. Should the title to said property appear
162 defective, the Purchaser(s) herein shall extend to the Seller(s) _____ days (10 days if none stated) in which to clarify same at the cost of Seller(s).
163 Seller(s) shall pay deed tax and preparation of deed. Purchaser(s) shall pay opinion of title and all closing fees unless otherwise stated in the
164 contract. All real estate taxes and assessments payable in the year of conveyance shall be prorated between Purchaser(s) and Seller(s), as of date
165 of closing. Purchaser(s) and Seller(s) agree that _____**Summit Title**_____(Closing Agency) shall prepare deed, opinion of
166 title/title commitment, any necessary mortgage loan documents, and other legal documents and supervise the closing. In the event the lender does
167 not approve the Closing Agency listed above, purchaser(s) may choose a Closing Agency from the Lender's List and the Purchaser(s) shall be
168 responsible for all fees charged by said entity unless otherwise stated in the contract.
169
170

Initials ⟦$\mathcal{SC}$⟧   06/17/2020   9:41 PM
Purchaser/Date/Time

Initials ⟦$\mathcal{MK}$⟧   06/18/2020   7:39 AM
Seller/Date/Time

Initials _____
Purchaser/Date/Time

Initials ⟦$\mathcal{WK}$⟧   06/18/2020   8:07 AM
Seller/Date/Time

InstanetFORMS

172  **12. TITLE INSURANCE:** Title insurance is designed to indemnify the policyholder of such title insurance losses caused by defects in title to the Real
173  Estate that are in existence on the date of the policy of title insurance is issued. Title insurance is different from property insurance. Purchaser(s) is
174  encouraged to inquire about the benefits of title insurance for their benefit from a title insurance agency or other title insurance provider. An owner's
175  policy of title insurance is recommended but not required. Lenders Title insurance purchased through loan closing is often not for the benefit of the
     Purchaser(s).

176

177  **13. HOMEOWNER'S INSURANCE:** This contract is contingent on Purchaser(s) ability to obtain homeowner/hazard insurance for the property
178  described herein above. If within _____ days (10 if none stated) after "Acceptance Deadline", Purchaser(s) does not deliver to Seller(s) or Seller(s)
179  broker a written notice from multiple insurance companies of Purchaser(s) inability to obtain homeowner/hazard insurance on the property, this
180  condition shall be deemed waived.

181

182  **14. HOMEOWNERS WARRANTY:** A homeowner's warranty is designed to provide Purchaser(s) and Seller(s) coverage for unexpected repair or
183  replacement costs to certain systems within the residence but not limited to the plumbing system, hot water heat system, and electrical system. The
184  Purchaser(s) is encouraged to inquire about the benefits of the home warranty for their benefit. ☐ Purchaser ☐ Seller shall provide a Home
185  Protection Plan administered by _____ not to exceed $_____. To be arranged by
186  ☐ Listing Agent ☐ Selling Agent. **IF NONE SELECTED, HOME WARRANTY IS WAIVED.**

187

188  **15. LEASES AND RENTS, IF ANY: (CHECK CHOICE):**
189  ☐ Subject to additional occupancy agreement. All leases, if any, shall be assigned to Purchaser(s), all advance rental collections, if any, shall be
190  prorated and all security deposits shall be transferred to Purchaser(s) at date of deed unless otherwise agreed upon in this contract
191   **OR**
192  ☒ Seller(s) warrants that no valid leases are or shall be in effect as of the date of closing on this property. Rent security deposits, advance rents,
193  and interest on these accounts, if applicable, shall be transferred at no cost to the Purchaser(s) at closing.

194

195  **16. RISK OF LOSS OR DAMAGE:** All risk of loss or damage to the property by fire, windstorm, casualty, or other cause remains with the Seller(s)
196  until conveyance of title. If property is so damaged or destroyed, this contract can be made null and void at the option of the Purchaser(s) and
197  earnest money returned to Purchaser(s) upon the Purchaser(s) and Seller(s) signing the Mutual Release of Contract Claims agreement. If the Mutual
198  Release of Contract Claims agreement is not signed after this contract has been made null and void by the Purchaser(s), this contract shall be
199  deemed terminated by performance and the broker may initiate the Release Process pursuant to Section 24 of this contract. As of conveyance of
200  title, the risk of loss rest with the Purchaser(s).

201

202  **17. MAINTENANCE:** Until delivery of deed or possession is given to Purchaser(s), Seller(s) agrees to maintain any heating, cooling, plumbing, and
203  electrical systems, any remaining appliances, equipment, roof, and to maintain the property, including the grounds in its current condition. Seller(s)
204  further warrants that there presently exists no latent defects known to Seller(s) which would materially impair the fitness of the Property for is
205  intended use except:_____

206

207  **18. ADDITIONAL ITEMS INCLUDED:** The term "real estate" shall include all attached fixtures and accessories which are currently located on the
208  property together with window and door screens, storm sash, window shades and blinds, shutters, curtain rods and traverse rods, affixed wall to wall
209  carpeting, towel racks and bars, television antenna, satellite dish, television mounting brackets, light fixtures, attached bookshelves, mailbox,
210  attached mirrors, landscaping, alarm systems, garage door opener(s) and/or remote(s), gas logs, plus all articles so attached or built in, which, if
211  removed would leave the premises in a damaged, incomplete or unfinished condition.  Additionally, the following specific items also remain with the
212  real property at no additional value to the Purchaser **(List All Appliances Specifically / Include Prorated Items i.e. Propane Gas, Heating Oil):**
213  **Refrigerator, Gas Range, Microwave, Dishwasher, all window treatments, washer & dryer, front porch**
214  **swing**

215

216

217  **19. OTHER PROVISIONS AND/OR CONTINGENCIES**: If applicable, see Additional Conditions and/or Addendum to Real Estate Purchase
218  Contract
219  **Light fixture in upstairs office is reserved. Will be replaced with original light fixture.**

220

221

222

223

224

225  **20. REIS DATA**: Seller(s) and Purchaser(s) authorize the Broker to disclose this sales information to various Internet services and/or Real
226  Estate Information Services, Inc., (REIS) the multiple list entity for the REALTOR® Association Southern Kentucky, Inc. and further authorize
227  REIS to report this sales information to other REIS participants, affiliates and to those governmental agencies authorized to receive REIS
228  information. Although the information of the REIS Data Sheet, Computer Printout and Internet is believed to be accurate, said information is not

| Initials | _SC_ | 06/17/2020 | 9:42 PM | Initials | _MK_ | 06/18/2020 | 7:39 AM |
|---|---|---|---|---|---|---|---|
| | Purchaser/Date/Time | | | | Seller/Date/Time | | |
| Initials | | | | Initials | _WK_ | 06/18/2020 | 8:07 AM |
| | Purchaser/Date/Time | | | | Seller/Date/Time | | |

229    guarantee is accurate and is therefore upon by the Purchaser(s) herein and neither the Seller(s) nor Seller(s) Broker make any

230    representation or warranties, expressed or implied, as to the accuracy of the information.

231

232    **21. AGENCY REPRESENTATION**: Purchaser(s) acknowledges receipt of the Agency Disclosure Statement for Purchaser(s), as required by

233    201 KAR 11:40, indicating that the listing agency is representing the Seller(s) in this transaction and in the case of the same agency assisting

234    the Purchaser(s), then dual agency is acknowledged and agreed upon, per Agency Disclosure Statements signed by Purchaser(s).

235

236    **22. SELLER'S PROPERTY DISCLOSURE:** Purchaser(s) acknowledges that he/she/they have received and read the Seller(s) Property

237    Disclosure Form (required by state law for single family residential dwellings and single family new construction without a written warranty)

238    prior to signing this Offer to Purchase contract. Purchaser(s) further acknowledges that he/she/they understand its contents. Said form is

239    incorporated into this contract by reference, if applicable. As required under KRS 324.360 & 201 KAR 11:350

240

241    **23. ENTIRE REAL ESTATE PURCHASE CONTRACT:** The parties to this contract have read its entire contents and acknowledge receipt of a

242    copy. It is agreed that all terms and conditions pertinent hereto are included in this writing, and no verbal agreements or understandings of any

243    kind shall be binding upon the parties. The Purchaser(s) has examined the property purchased, have received a copy of the Property Disclosure

244    Statement, have thoroughly acquainted themselves with its condition and accept it as such.

245    THE PARTIES FURTHER AGREE THAT NO REAL ESTATE BROKER, NOR AGENT HAS MADE ANY REPRESENTATION AS TO THE

246    NATURE OR CONDITION OF THE PROPERTY HEREIN SOLD, OR ANY PART THEREOF, INCLUDING ANY INFORMATION IN PAST

247    SELLER PROPERTY DISCLOSURE STATEMENT(S) FROM PRIOR SALE(S) OF THE PROPERTY. NOR DO SUCH BROKERS, OR

248    AGENTS, EXPRESSLY OR IMPLIED, WARRANT THE PROPERTY, IT'S SIZE, CONSTRUCTION, CONDITION OR MATERIALS USED, NOR

249    ANY OF THE FIXTURES, APPURTENANCES OR AMENITIES.

250

251    **24. EARNEST MONEY***: Purchaser(s) shall pay to Listing Broker earnest money in amount of $_____ check/cash. The earnest

252    money shall be deposited in the Listing Broker's escrow account within 3 days of Binding Real Estate Purchase Contract acceptance date. If

253    Purchaser(s) writes a check for earnest money and the same is deposited into Listing Broker's Escrow account, Listing Broker shall not be required

254    to return the earnest money until the check has cleared the account on which the check was written. In the event any earnest money check is

255    dishonored by the bank upon which it is drawn, Listing Broker's shall promptly give notice of the same to Purchaser(s) and Seller(s). Purchaser(s)

256    shall have 3 business days after receiving notice to deliver good funds to Listing Broker. In the event the Purchaser(s) does not timely deliver good

257    funds, this Real Estate Purchase Contract shall immediately be void at the option of the Seller(s).  In the event a mortgage loan described in

258    Paragraph 2 cannot be obtained, or the title of the Seller(s) is not marketable or any other Contingency herein is not removed or satisfied, Seller(s)

259    and Purchaser(s) agree to sign a release and void contract and the deposit receipted hereunder shall be returned to the Purchaser(s). If the

260    Purchaser(s) defaults in any of the Purchaser(s)'s obligations hereunder, all sums paid may be retained by Seller(s) and Broker in accordance with

261    specific performance of this Real Estate Purchase Contract, as earned consideration for this Real Estate Purchase Contract, without affecting any of

262    Seller(s) further remedies. Either party may demand specific performance of this Real Estate Purchase Contract. **The Seller(s) and Purchaser(s)**

263    **acknowledge that this contract is the Real Estate Purchase Contract in writing for withdrawal of contract deposits required by KRS 324.111**

264    **(4) & (6)**. None of the contract deposits shall be withdrawn until the contract has been terminated by performance, by agreement in writing between

265    all parties, or by order of a court of competent jurisdiction, except as permitted in the following section. Upon being notified that one (1) or more

266    parties to a contract intends not to perform, the broker may initiate the Release Process. The Release Process shall require the broker to notify all

267    parties at their last known address by certified mail that the contract deposit shall be distributed to the parties specified in the letter unless all parties

268    enter into a written mutual release, or unless one (1) or more of the parties initiate litigation within sixty (60) days of the mailing date of the certified

269    letter. If neither Purchaser(s) nor Seller(s) initiates litigation or enters into a written release within sixty (60) days of the mailing date of the certified

270    letter, the broker may release the deposit to the party identified in the certified letter without penalty under KRS 324.111 and without civil liability in

271    the courts of the Commonwealth of Kentucky. The Seller(s) and Purchaser(s) agree that they will be responsible for all out of pocket expenses and

272    reasonable attorney fees incurred by the Selling Brokerage Firm, Listing Brokerage Firm, and their agents, brokers, and/or employees  due to any

273    dispute over the Earnest Money Deposit. Seller(s) and Purchaser(s) further agree to indemnify and hold harmless the Escrow Agent, its agents

274    and/or employees, from any claim, liability, loss or damage Broker may suffer or incur as a result of claims, demands, costs, or judgment, including

275    reasonable attorney's fees, arising from Broker holding the deposit as Escrow Agent.

276

277    **25. WIRE FRAUD ADVISORY:** All parties to real estate and/or financial transactions are targets for wire fraud, email hacking and phishing attacks.

278    If any portion of the Purchase Price, as defined in Section 1 of this Agreement, is to be paid pursuant to a wire transfer, then Purchaser and Seller

279    shall use their best efforts to cause any such wire transfer instructions to be sent in a secure manner.  Purchaser and Seller hereby expressly agree

280    to verbally confirm wire transfer instructions by contacting the individual or entity retained to close the transaction contemplated herein (the "Closing

281    Agent") after verbally confirming the contact information and identity of said Closing Agent by contacting the Lender, if applicable.  The parties

282    expressly agree that they shall not initiate any wire transfer pursuant to instructions obtained via e-mail communication from Seller, Selling Agent,

283    Listing Agent, Closing Agent, lender or any attorney retained to represent any party to this transaction without taking appropriate precautions.

284    Purchaser and Seller agree to hold Listing Agent, Selling Agent, REALTOR® Association of Southern KY, Inc. and REIS or any affiliate or

285    representative thereof harmless from and against any and all loss and damages arising from the transfer of all or any portion of the Purchase Price to

Initials _SL_   06/17/2020          9:43 PM
Purchaser/Date/Time

Initials _MK_   06/18/2020          7:39 AM
Seller/Date/Time

Initials_____
Purchaser/Date/Time

Initials _WK_   06/18/2020          8:07 AM
Seller/Date/Time

InstanetFORMS

287 aforesaid parties.

288

289 **26. SIGNIFICANCE OF OFFER AND ACCEPTANCE BY PARTIES:** We understand that the offer made by the Purchaser(s) and the acceptance of
290 the Seller(s) and the signatures of both parties shall constitute a Legally Binding Contract and all parties agree to perform the terms and conditions
291 thereof. If Purchaser(s) fails to perform the terms of this Real Estate Purchase Contract within the same time set forth herein, Seller(s) shall be
292 entitled to all remedies available in law or in equity for Purchaser(s) breach hereof. The Earnest Money set forth in Paragraph 24 shall not be
293 considered liquidated damages, but rather, shall be applied to reduce the damages sustained by Seller(s). If Seller(s) fails to perform any of the
294 terms of this Real Estate Purchase Contract, all Earnest Money or other deposits made by Purchaser(s) shall be returned to Purchaser(s) in
295 accordance with Paragraph 24 or the Purchaser(s) may bring suit against Seller(s) for damages resulting from the breach of contract for specific
296 performance. Purchaser(s) remedies are cumulative and not exclusive of one another, and all other remedies shall be available in either law or equity
297 to Purchaser(s) for Seller(s) breach hereof. If any litigation is instituted with respect to enforcement of the terms of this contract, the prevailing party
298 shall be entitled to recover all costs incurred, including but not limited to, reasonable attorney's fees and court costs. The Seller(s) and Purchaser(s)
299 acknowledge that Broker is holding the deposit as Escrow Agent.

300

301 **27. DISPUTE RESOLUTION:** **If any disputes arise out of this Real Estate Purchase Contract, Purchaser(s) and Seller(s) agree to resolve**
302 **these disputes through Mediation. If the Mediation is unsuccessful, then the parties agree to resolve their dispute through Arbitration or**
303 **Kentucky Circuit Courts. Any disputes involving an amount under $2,500 will be resolved through Small Claims Court. In the event there is**
304 **a dispute Purchaser(s) and Seller(s) agree to be responsible for all out of pocket expenses and reasonable attorney fees incurred by the**
305 **Selling Brokerage Firm, Listing Brokerage Firm, and their agents, brokers and/or employees.**

306

307 **28. ACCEPTANCE:** This offer shall remain open for acceptance by the Seller(s), by their signatures affixed thereto, at or prior to

308 ___12:00___ ☐ a.m. ☒ p.m. on the ___18th___ day of _____June_____ , 20 _20_ . If accepted within such time, this Real Estate
309 Purchase Contract shall be in full force and effect.  The Purchaser(s) and Seller(s) Agree that this Real Estate Purchase Contract must be clearly
310 legible in its entirety and include hand written or legal digital signatures to be valid.

311

312 **29. ACCEPTANCE DATE:** The Real Estate Purchase Contract acceptance date is the date upon which all parties sign and accept the Real Estate
313 Purchase Contract.

314

315 **TIME IS OF THE ESSENCE IN THIS CONTRACT. FAILURE TO PERFORM BY THE TIME SPECIFIED COULD BE A MATERIAL BREACH OF**
316 **THIS PURCHASE CONTRACT.**

317

318

319 RECEIPT of a copy of the contract is hereby acknowledged with signatures below:

320 9:43 PM                                    06/17/2020
321 Signed at _____ m. this _____ day of _____ , 20 _____.

322

323

324 ___Sean C. Crawford___      ___Kathryn E. Crawford___
325 Purchaser(s) Full Legal Name (Type or Print)          Purchaser(s) Full Legal Name (Signature)

326

327

328 Purchaser(s) Current Address                          Purchaser(s) Full Legal Name (Signature)

329

330 ___Bowling Green___      ___KY___   ___42104___
331 City/State/Zip

332

333

334

335

336

Initials _SC_  06/17/2020    9:44 PM          Initials _MK_  06/18/2020    7:39 AM
Purchaser/Date/Time                          Seller/Date/Time

Initials_____                      Initials _WK_  06/18/2020    8:07 AM
Purchaser/Date/Time                          Seller/Date/Time

InstanetFORMS

337 I (We) hereby (please check) ☒ accept / ☐ reject / ☐ counter the above offer to purchase at _____ 8:07 AM m.

338 this _____ day of 06/18/2020 , 20 _____.

339

340   William Patrick and Meredith W Klapheke               Authentisign

341 Seller(s) Full Legal Name (Type or Print)          *Meredith Klapheke*

             Seller(s) Full Legal Name (Signature)

342

343                               Authentisign

                              *William Klapheke*

344 Seller(s) Address                   Seller(s) Full Legal Name (Signature)

345

346   Bowling Green, KY 42103

347 City/State/Zip

348

349 RECEIPT OF DEPOSIT: I do hereby acknowledge receipt of deposit of $█████████ in cash/check, referred to in Paragraph 1 above.

350

351

352 Received by Selling Agent: _____

353                       Signature/Date/Time  Jane Parrott

354

355 Received by Listing Agent: _____

356                       Signature/Date/Time  Justin Perry

357

358 THIS PROPERTY IS OFFERED FOR SALE WITHOUT REGARD TO RACE, COLOR, RELIGION, GENDER, DISABILITY, FAMILIAL STATUS,
359 NATIONAL ORIGIN OR ANY OTHER PROTECTED CLASS IN ACCORDANCE WITH APPLICABLE STATE AND FEDERAL LAW.
360 REALTORS® shall not deny equal professional services to any person for reasons of race, color, religion, sex, handicap, familial status, national
361 origin, sexual orientation, or gender identity.

362

363 IF YOU DESIRE LEGAL ADVICE, CONSULT YOUR ATTORNEY.

364

365 Form Revised 11/18
366 Approved by Legal Counsel
367 Copyright © 2019, REALTOR® Association of Southern Kentucky, Inc. All rights reserved.

Initials _𝓢𝓛_   06/17/2020   9:44 PM      Initials _𝓜𝓚_   06/18/2020   7:39 AM

        Purchaser/Date/Time               Seller/Date/Time

Initials _____      Initials _𝓦𝓚_   06/18/2020   8:08 AM

        Purchaser/Date/Time               Seller/Date/Time

                                        InstanetFORMS