IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACE WINNING BRANDS, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 22-01185-CFC |
| | : |
| SEAN CRAWFORD and | : |
| EVAN PERKINS, | : |
| | : |
| Defendants. | : |

**PLAINTIFF'S FED. R. CIV. P. 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Race Winning Brands, Inc., who is Plaintiff in the above-captioned action, makes the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?

   **Response: No.**

2. Does party have any parent corporations?

   **Response: Yes.**

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

   **Response: Race Winning Brands, Inc. is owned by Performance Products Holdings, Inc., which is in turn owned by Kingfish Holdco, LLC.**

1

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?

   **Response:  No.**

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   **Response: No.**

            HEYMAN ENERIO
            GATTUSO & HIRZEL LLP

*/s/ Melissa N. Donimirski*
Melissa N. Donimirski (# 4701)
300 Delaware Ave., Suite 200
Wilmington, DE 19801
(302) 472-7302
mdonimirski@hegh.law

*Attorneys for Plaintiff Race Winning Brands, Inc.*

OF COUNSEL:

BUCKINGHAM, DOOLITTLE
 & BURROUGHS, LLC
Stephen H. Jett
Dale A. Nowak
1375 East Ninth Street, Suite 1700
Cleveland, OH  44114
(216) 736-4241
sjett@bdblaw.com
dnowak@bablaw.com

Dated:  October 7, 2022